IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 2:09-00251

PARAMENA J. SHIKANDA

MOTION OF THE UNITED STATES TO
SCHEDULE GUILTY PLEA HEARING

Comes now the United States of America, by Susan M. Robinson, Assistant United States Attorney for the Southern District of West Virginia, and respectfully requests the court to set a date, time, and location for a guilty plea hearing to be held with regard to the above-styled case.

Respectfully submitted,

CHARLES T. MILLER
United States Attorney

By:
/s/SUSAN M. ROBINSON
SUSAN M. ROBINSON
Assistant U.S. Attorney
WV Bar No.  5169
Assistant U.S. Attorney
P.O. Box 1713
Charleston, WV  25326
Telephone:  (304) 345-2200
Fax:  (304) 347-5706
E-mail:  susan.robinson3@usdoj.gov

CERTIFICATE OF SERVICE

It is hereby certified that the foregoing "Motion of the United States to Schedule Guilty Plea Hearing" has been electronically filed and service has been made on opposing counsel by virtue of such electronic filing this the 12th day of May 2010, to:

    Gary A. Collias, Esquire
    P.O. Box 70007
    Charleston, WV  25301-0007

    /s/SUSAN M. ROBINSON
    SUSAN M. ROBINSON
    Assistant U.S. Attorney
    WV Bar No.  5169
    Assistant U.S. Attorney
    P.O. Box 1713
    Charleston, WV  25326
    Telephone:  (304) 345-2200
    Fax:  (304) 347-5706
    E-mail:  susan.robinson3@usdoj.gov